UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              ORDER
                                  Criminal File No. 06-379(10) (MJD)

MICHAEL EUGENE SEEBECK,

        Defendant.

_____

Chris S. Wilton, Assistant United States Attorney, Counsel for Plaintiff.

Rick Mattox, Counsel for Defendant.

_____

This matter is currently set for hearing on May 16, 2012 at 9:30 a.m. in Courtroom 1, United States Courthouse, Duluth, Minnesota.  In his submissions, the Defendant has asserted that he requested counsel to file an appeal following sentencing, but that counsel failed to do so.  The Court will hold an evidentiary hearing on this issue at the hearing currently scheduled in Duluth.

Date:   May 11, 2012

                                        s/ Michael J. Davis
                                        Michael J. Davis, Chief Judge
                                        United States District Court